**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Stella D. Salmeron v. Dell, Inc.

Appellate case number:    01-19-00922-CV

Trial court case number:  1138976

Trial court:              County Civil Court at Law No. 1 of Harris County

Appellant, Stella D. Salmeron, representing herself pro se in this appeal, has filed a third motion to extend time to file her appellant's brief. The clerk's record was filed on December 3, 2019, thereby establishing a deadline of January 2, 2020. On two previous motions by appellant, we twice extended the deadline for appellant's brief. *See* TEX. R. APP. P. 38.6(d). Based on these extensions, appellant's brief was due to be filed on or before April 1, 2020, approximately ninety days after its original due date. Appellant's third motion seeks a 160-day extension of time to file her brief. The motion is **granted**, in part.

Appellant's brief is due to be filed no later than **June 7, 2020**. *Absent extraordinary circumstances, no further extensions will be granted, and any such request may result in an order to appear and show cause*.

It is so ORDERED.

Judge's signature:    __/s/ Evelyn V. Keyes_____

                      ☑ Acting individually    ☐ Acting for the Court

Date:    __April 9, 2020___